**Order filed February 13, 2020**



In The

# Fourteenth Court of Appeals

———————

NO. 14-19-00263-CR
NO. 14-19-00264-CR
NO. 14-19-00265-CR

———————

**RODERICK PALMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause Nos. 1557128, 1557129, and 1557130**

## ORDER

Appellant's appointed counsel, Douglas M. Durham, filed briefs concluding these appeals are frivolous. *See Anders v. California*, 386 U.S. 738 (1967). To comply with the requirements set forth in *Anders*, a motion to withdraw as counsel for appellant must be filed.

We order counsel to file a motion to withdraw in each appeal by **February**

**23, 2020**. If counsel fails to comply, his briefs may be stricken and the appeals abated for appointment of new counsel.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Spain.